# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WARREN WADDY,

        Petitioner,

-v-

NORMAN ROBINSON, Warden,

        Respondent.

Case No. 3:98-cv-084

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (Doc. No. 224) to the Magistrate Judge's Orders on two non-dispositive motions (Doc. Nos. 219, 222). Respondent is permitted by Fed. R. Civ. P. 72, to file a response to those Objections, but has not yet done so.

This District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental opinion analyzing the Objections and any response.

May 31, 2013.

                                                      Timothy S. Black
                                                  United States District Judge