IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| WARREN WADDY, | ) | Case No. 98-CV-84 |
| | ) | |
| Petitioner, | ) | JUDGE TIMOTHY BLACK |
| | ) | |
| v. | ) | |
| | ) | |
| TIM SHOOP, WARDEN, | ) | **CAPITAL HABEAS CASE** |
| | ) | |
| Respondent. | ) | |

## Dismissal Order

This capital habeas case is before the Court on the Suggestion of Death of Petitioner Warren Waddy filed by his attorney in this matter. Given that his federal habeas claims are moot in light of his death, the above-captioned action is dismissed.

Dated: November  20 , 2025

                                                  *s/Timothy S. Black*
                                                JUDGE TIMOTHY BLACK